PROB 12C
(01/12)

# United States District Court
## for the
## Southern District of Mississippi
## Petition for Warrant or Summons for Offender Under Supervision



Name of Offender: Bryan Anthony Maillet     Docket No. 1:16cr0018-LG-JCG-001

Name of Sentencing Judicial Officer: Honorable Jay C. Zainey (Eastern District of Louisiana) *On March 17, 2016, jurisdiction of this case was transferred to the Southern District of Mississippi and assigned to the Honorable Louis Guirola, Jr.*

Date of Original Sentence: November 21, 2013

Original Offense: 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(C) – Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Methamphetamine

Original Sentence: Five (5) years Probation. Special conditions of supervision include drug/alcohol testing/treatment, 75 hours community service, maintain full-time employment, 8 months home detention, cognitive behavioral treatment program, and a $100 special assessment.

Type of Supervision: Probation

Date Supervision Commenced: November 21, 2013

Assistant U.S. Attorney: Jay Golden

Defense Attorney: to be determined

---

### PETITIONING THE COURT

This information to be released to U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

☒ **To issue a warrant**

☐ **To issue a summons**

*PACTS: Petition for Warrant or Summons / 12C*

MSS Prob 12C

Name of Offender: Maillet, Bryan Anthony

Petition for Warrant or Summons
For Offender Under Supervision
Case Number: 1:16cr0018-LG-JCG-001

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On October 16, 2015, the defendant tested positive for the use of methamphetamines. Per verbal and written statements, he admitted to the recent use of methamphetamines. |
| 2) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On November 13, 2015, the defendant tested positive for the use of methamphetamines. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine.<br><br>*On November 30, 2015, the defendant was placed in outpatient substance abuse counseling with Consulting Psychological Resources in Biloxi, Mississippi.* |
| 3) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On December 18, 2015, the defendant tested positive for the use of methamphetamines. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine. |
| 4) Mandatory Condition | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** On January 8, 2016, the defendant tested positive for the use of methamphetamines. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine. |

| | |
|---|---|
| MSS Prob 12C | Petition for Warrant or Summons |
| | For Offender Under Supervision |
| Name of Offender:  Maillet, Bryan Anthony | Case Number: 1:16cr0018-LG-JCG-001 |

5) Mandatory Condition     **The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.** On January 12, 2016, the defendant tested positive for the use of methamphetamines.  Per verbal and written statements, he admitted to the recent use of methamphetamines.

6) Mandatory Condition     **The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.** On February 1, 2016, the defendant tested positive for the use of methamphetamines.  The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine.

7) Mandatory Condition     **The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.** On February 8, 2016, the defendant tested positive for the use of methamphetamines.  The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine.

*On March 14, 2016, the defendant was placed in residential substance abuse treatment at Clearview Recovery Center in Moselle, Mississippi.*

8) Mandatory Condition     **The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.** On July 29, 2016, the defendant tested positive for the use of methamphetamines.  Per verbal and written statements, he admitted to the recent use of methamphetamines.

MSS Prob 12C                        Petition for Warrant or Summons
                                                               For Offender Under Supervision

Name of Offender: Maillet, Bryan Anthony          Case Number: 1:16cr0018-LG-JCG-001

Reviewed and Approved:               Respectfully submitted,

*(signature)*                                  *(signature)*

Kurt Raymond                              Justin Crowe
Supervisory U.S. Probation Officer       U.S. Probation Officer
                                               Date: July 29, 2016

Name of AUSA Notified: Jay Golden

---

**THE COURT ORDERS:**

- ☐ No Action
- ☑ Issue an arrest warrant
- ☐ Issue a Summons for Hearing on _____
- ☐ Other

*(signature)*
_____
Signature of Judicial Officer

8/1/2016
_____
Date