AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 1:16cr18LG-JCG-1 |
| Bryan Anthony Maillet | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bryan Anthony Maillet  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☑ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Probation

ARTHUR JOHNSTON, CLERK

*P. Stokes*
*Issuing officer's signature*

Date:   08/01/2016

City and state:   Gulfport, MS

P. Stokes, Deputy Clerk
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |

Date:   _____

*Arresting officer's signature*

_____
*Printed name and title*