AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 1                                                                                    JC/kmh

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

UNITED STATES OF AMERICA            **REVOCATION JUDGMENT IN A CRIMINAL CASE**
v.
BRYAN ANTHONY MAILLET              Case Number:    1:16cr18-LG-JCG-001

                                   USM Number:     23664-034

                                   Ellen Allred
                                   Defendant's Attorney:

*SOUTHERN DISTRICT OF MISSISSIPPI FILED SEP 07 2016 ARTHUR JOHNSTON BY ___ DEPUTY*

## THE DEFENDANT:

☑ pleaded guilty to count(s)    Mandatory Conditions

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Violation | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On October 16, 2015, the defendant tested positive for the use of methamphetamines. Per verbal and written statements, he admitted to the recent use of methamphetamines. | 10/16/2015 |

    The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____    ☐ is   ☐ are  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

08/31/2016
Date of Imposition of Judgment

*/s/ Signature of Judge*

The Honorable Louis Guirola, Jr.         Chief U.S. District Court Judge
Name and Title of Judge

9-6-2016
Date

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 5

DEFENDANT: BRYAN ANTHONY MAILLET
CASE NUMBER: 1:16cr18-LG-JCG-001

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On November 13, 2015, the defendant tested positive for the use of methamphetamine. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine.<br><br>*On November 30, 2015, the defendant was placed in outpatient substance abuse counseling with Consulting Psychological Resources in Biloxi, Mississippi.* | 11/13/2015 |
| 3) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On December 18, 2015, the defendant tested positive for the use of methamphetamine. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine. | 12/18/2015 |
| 4) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On January 8, 2016, the defendant tested positive for the use of methamphetamine. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine. | 01/08/2016 |
| 5) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On January 12, 2016, the defendant tested positive for the use of methamphetamine. Per verbal and written statements, he admitted to the recent use of methamphetamine. | 01/12/2016 |
| 6) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On February 1, 2016, the defendant tested positive for the use of methamphetamines. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine. | 02/01/2016 |
| 7) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On February 8, 2016, the defendant tested positive for the use of methamphetamines. The sample was sent to the National Testing Laboratory and returned as a confirmed positive for methamphetamine.<br><br>*On March 14, 2016, the defendant was placed in residential substance abuse treatment at Clearview Recovery Center in Moselle, Mississippi.* | 02/08/2016 |
| 8) Mandatory Condition | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. On July 29, 2016, the defendant tested positive for the use of methamphetamines. Per verbal and written statements, he admitted to the recent use of methamphetamines. | 07/29/2016 |

AO 245B   (Rev. 06/05) Judgment in Criminal Case
         Sheet 2 — Imprisonment

Judgment — Page 3 of 5

DEFENDANT: BRYAN ANTHONY MAILLET
CASE NUMBER: 1:16cr18-LG-JCG-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Eleven (11) months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ within 72 hours of notification of the designation but no
   later than 60 days from the date of sentencing.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: BRYAN ANTHONY MAILLET
CASE NUMBER: 1:16cr18-LG-JCG-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

Thirty-six (36) months

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the Probation Officer in a manner and frequency directed by the Court or the Probation Officer.
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page 5 of 5

DEFENDANT: BRYAN ANTHONY MAILLET
CASE NUMBER: 1:16cr18-LG-JCG-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation office. If enrolled in a drug treatment program, the defendant shall abstain from consuming alcoholic beverages during treatment and shall continue abstaining for the remaining period of supervision. The defendant shall contribute to the cost of treatment in accordance with the probation office Copayment Policy.

2. The defendant shall not possess, ingest, or otherwise use marijuana, synthetic cannabinoids, or any other synthetic narcotic, even if the defendant relocates or visits a state or jurisdiction where marijuana or synthetic drugs can be legally possessed or used, unless prescribed by a licensed medical practitioner for a legitimate medical purpose.

3. The defendant shall submit his person, property, house, residence, vehicle, papers, or office to a search, conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.